IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES E. LEWIS, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| T. ENGLISH, et al., | : | No. 20-2790 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **10th** day of **February, 2022**, upon consideration of Defendant Anthony Monaco's Motion to Dismiss Plaintiff's Amended Complaint or in the Alternative, Motion for Summary Judgment, and for the reasons provided in the Court's Memorandum dated February 10, 2022, it is **ORDERED** that the motion (ECF No. 37) is **GRANTED**. All claims against Defendant Monaco are hereby **DISMISSED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**